STATE of Missouri, Respondent,

v.

Darryl HENDERSON, Appellant.

No. 50202.

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 18, 1986.

Motion for Rehearing and/or Transfer
Denied April 1, 1986.

Application to Transfer Denied
May 13, 1986.

Henry B. Robertson, St. Louis, for appellant.

John M. Morris, Stephen D. Hawke, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Direct appeal from a conviction for murder, second degree, in violation of § 565.-004, RSMo 1978 and burglary, first degree, in violation of § 569.160, RSMo 1978.

Judgment affirmed. Rule 30.25(b).